# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2025 KW 1183

VERSUS

GUS F. HOLDEN, ET. Al                          **FEBRUARY 9, 2026**

---

In Re:    Gus F. Holden, et. al, applying for supervisory writs,
          21st Judicial District Court, Parish of Livingston, Nos.
          24-MISD-131937,   24-MISD-131938,   24-MISD-131948,   24-
          MISD-131950.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

                              MRT
                              BDH


     **Balfour, J., dissents and would grant the writ.** The parish
president requested that the defendants accompany him for the
purpose of pointing out the noncompliance issues in the area.
There is no evidence showing that relators knew or reasonably
should have known that the entry onto the victim's immovable
property was unauthorized.


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.,** serving pro tempore, by special appointment of the Louisiana
Supreme Court.